# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

March 1, 2011

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

**No**. 10-2393

JOHN W. COMRIE,
    *Plaintiff-Appellant,*

**v.**

IPSCO, INCORPORATED, *et al.,*
    *Defendants-Appellees.*

Appeal from the United
States District Court for the
Northern District of Illinois,
Eastern Division.

No. 08 C 3060
John W. Darrah, *Judge*.

## Order

The slip opinion of this court issued on February 18, 2011, is amended as follows:

Page 2, first full paragraph, line 3, change "John Comrie, IPSCO's Chief Legal Officer," to "John Comrie, IPSCO's Director of Trade Policy and Communications,";

Page 2, first full paragraph, line 5, change, "Melanie Klebuc-Simes" to "Michele Klebuc-Simes"; and

Page 9, first full paragraph, line 5, change "A corporation's principal lawyer" to "As a lawyer, Comrie".